**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF:** | ) | |
| | ) | |
| **United States of America,** | ) | **CASE NO:** 2:26-mj-664 |
| **v.** | ) | |
| | ) | |
| **RANDALL J. MACKENDRICK** | ) | **MAGISTRATE JUDGE:** Vascura |
| **101 E Main Street, Apt 202,** | ) | |
| **St Clairsville, Ohio 43950** | ) | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andrew D. McCabe, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, hereby depose and state:

## INTRODUCTION

1. I, Special Agent Andrew McCabe (your affiant), make this affidavit in support of a criminal complaint to arrest Randall Jon **MACKENDRICK** for violations of Title 18 U.S.C. § 2252(a)(4)(B) - the possession of child pornography, and Title 18 U.S.C. § 2422(b) - the attempted coercion and enticement of a minor. The statements contained in this affidavit are based in part on information and analysis provided by law enforcement agents; written reports about this and other investigations that I have received, and your affiant's personal knowledge and finding during the investigation. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant your affiant did not include each and every fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable cause. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that **MACKENDRICK** committed the violations listed above.

2. Your affiant has been an FBI Special Agent since September 2010, and I have been assigned to the Cincinnati Division since January 2020. During my tenure as an FBI Special Agent, I have investigated numerous crimes including, but not limited to, bank robbery, drug trafficking, racketeering, kidnapping, violent extremism, and crimes against children. As a Special Agent I have participated in various investigations involving computer-related offenses and have executed search warrants, including those involving searches and seizures of computers, digital media, software, and electronically stored information. As a SA, I am authorized to investigate violations of the laws of the United States under the authority of the United States.

## FACTS SUPPORTING PROBABLE CAUSE

3. On or about June 2, 2026, a North Ridgeville Police Department (NRPD) officer operating in an undercover capacity (hereinafter UC), logged onto a web-based chat site and posed as a 14-year-old female. While logged in, an individual with the username MACREE contacted the UC and asked if UC wanted to chat. The UC began to communicate with MACREEV, who was later identified as RANDALL **MACKENDRICK**. At the time the communications were initiated, **MACKENDRICK** was the CEO of Fox Run Center for Children and Adolescents in St. Clairsville, Ohio, a Residential Treatment Facility that treats boys ages 5–12 and girls ages 12–17.

4. During the course of their chat, the UC told **MACKENDRICK** she was a 14-year-old female who lived in Elyria, OH. **MACKENDRICK** informed the UC that he lived near Cambridge, OH and was willing to travel to Elyria, OH to meet her. **MACKENDRICK** asked if the UC wanted to communicate off the website and provided his telephone number as 814-245-1689.

5. During the investigation, NRPD determined telephone number 814-245-1689 was registered to the mobile messaging application TextNow. On August 10, 2026, in response to a subpoena for subscriber information, Text Now provided a username of randymack19667 with an email address ofrandymack1967@hotmail.com.

6. Between June 2, 2026, and August 28, 2026, the UC and **MACKENDRICK** conversed daily. During that time, **MACKENDRICK** identified himself as "Rick" and sent the UC a photograph of himself. **MACKENDRICK** sent UC multiple sexually explicit messages, offered to send her gifts, and requested to meet her in person.

7. Using facial recognition software, NRPD matched the photo sent by **MACKENDRICK** to a picture of RANDY **MACKENDRICK** on the website Indeed.com. **MACKENDRICK** listed his job as CEO of Fox Run Center for Children and Adolescents. Furthermore, detectives searched a law enforcement database for a Randy **MACKENDRICK** near Cambridge, OH. The search identified Randall J. **MACKENDRICK,** a white male born in 1967 with an address of 101 E. Main St. Apt. 202, in St. Clairsville, OH. This search produced a picture which matched the one **MacKENDRICK** provided to UC.

8. Between June 12, 2026 and August 28, 2026, **MACKENDRICK** and the UC spoke several times on the phone. During a call that took place on or about July 4, 2026, **MACKENDRICK** openly masturbated during the communication. Also during that call, the UC told **MACKENDRICK** she would be in Columbus, OH with her grandmother from July 14 to July 17. On July 12th, **MACKENDRICK** told the UC he had a meeting in Columbus on July 15th and asked if she wanted to try and meet at the hotel pool.

9. Between July 14 and July 15, 2026, **MACKENDRICK** questioned the UC about her activities and whereabouts in Columbus. The UC told **MACKENDRICK** she was staying at a Holiday Inn Hotel and would be shopping at Polaris Shopping Center and Tanger Outlets. At approximately 4:00 pm, **MACKENDRICK** told the UC he had gone to Polaris and Tanger Outlets to try and find her. At approximately 8:30 pm, **MACKENDRICK** told

UC he was in the Holiday Inn lobby and had not seen her come in. **MACKENDRICK** asked what floor she was on and told her to delete all of their messages.

10. On July 28, 2026, NRPD detectives viewed video surveillance from the Holiday Inn and observed **MACKENDRICK** enter the Holiday Inn hotel from a side door and walk around the hotel speaking on a cellular phone and carrying a small black bag. At approximately 6:27 pm **MACKENDRICK** was seen sitting near the bar and walking around hotel common areas.

11. Next, in August 2026, the UC agreed to meet **MACKENDRICK** on August 28, 2026, at the South Central Park in North Ridgeville, OH. **MACKENDRICK** confirmed with the UC that the UC's mother could not track her because he stated he was worried about going to jail. Later **MACKENDRICK** told the UC he made reservations at a hotel and specifically asked the UC to wear her "Lilo and Stitch pj shorts" because he thought the UC was sexy in them. On August 22, 2026, **MACKENDRICK** sent the UC several shirtless photos in bed and told the UC he was thinking about "kissing.u touching me" and "being inside" of the UC.

12. Between August 22-28, **MACKENDRICK** and the UC maintained frequent contact and discussed meeting on August 28, 2026. **MACKENDRICK** also made several statements about being worried about getting caught and going to jail. The UC reassured him and told him several times they could wait to meet if he wanted, but he declined and indicated he wanted to meet the UC.

13. On August 28, 2026, at approximately 6:50 pm, a vehicle driven by **MACKENDRICK** was observed by NRPD entering and driving around South Central Park, where he and the UC had agreed to meet. After the vehicle left the park, NRPD conducted a traffic stop and placed **MACKENDRICK** under arrest. During the subsequent search of the vehicle, law enforcement found multiple vibrating sex toys, several condoms, and three cellular telephones. **MACKENDRICK** was subsequently charged in Lorain County with one count each of Importuning (F5) (2907.07E2); Disseminating Matter Harmful to Juveniles (F5) 2901.31A1; Unlawful Conduct with a Minor (Attempted) (F4) (2907.04); and Possessing Criminal Tools (M1) (2923.24A).

14. On or about August 31, 2026, Belmont County Sherriff's Office (BCSO) detectives obtained search warrants for **MACKENDRICK's** office at Fox Run Hospital and his residence in St. Clairsville, Ohio. Pursuant to those warrants, law enforcement seized numerous digital media devices, including six USB flash drives. During their forensic analysis, detectives found two of the USB Drives contained over 30 images and 8 videos of nude prepubescent children engaged in sexual acts or the lascivious displays of genitalia. These images and videos were previously identified by the National Center for Missing and Exploited Children (NCMEC) as known images of child pornography. Your affiant has reviewed these images and describes them as follows:

   a. **Image 1**, with a file name of *"_megan.jpg"* showed a nude prepubescent female lying on a blue blanket. The female is seen holding her feet and pulling her legs to her chest to expose her vagina and anus;

b. **Image 2**, with a file name of *"- 9girls-PoseInBed.jpg"* showed two nude prepubescent females lying on bed;

c. **Image 3**, with a file name of *"JOFK8wH8rZFfxQlK5hYbIw--_m.jpg"* showed a nude prepubescent females kneeling on a bed performing oral sex on the nude penises of two adult men;

d. **Image 4**, with a file name of *"@lil spread on bedy.jpg"* showed a nude prepubescent female lying on bed with a white sheet with a blue floral pattern. The female shown spreading her legs to display her vagina;

e. **Image 5**, with a file name of *"0_00987800_1174218876.jpg"* showed a clothed prepubescent female performing oral sex on the nude penises an adult male.

15. Your affiant also reviewed the aforementioned videos and describes them as follows:

a. **Video 1**, with a file name of *"with mom.wmv"* runs for approximately 48 seconds. During the video a pubescent female is seen licking the vagina of a nude prepubescent white female.

b. **Video 2**, with a file name of *"game.wmv"* runs for approximately 22 seconds. During the video a male penis is seen ejaculating into the mouth of a prepubescent female.

c. **Video 3**, with a file name of *"fun time.mpg"* runs for approximately 56 seconds. During the video a prepubescent female is seen engaging in oral sex on the nude penis of an adult male.

d. **Video 4**, with a file name of *"girl fun.mpg"* appears to be a compilation of videos showing adult males engaged in various sexual acts with a pubescent female. The video has the website www.best-teens.com displayed on the bottom of the video.

16. Following his arrest and while on bond, on or about September 21, 2026, North Ridgeville Police Department learned **MACKENDRICK** had been in contact with a minor female from Grand Chute, WI. Law enforcement learned that the minor female was a former patient at Fox Run. **MACKENDRICK** was then subsequently re-arrested for violations of his pretrial release and his bond was increased. On or about October 22, 2026, your affiant learned that on October 6, 2026, **MACKENDRICK** had been posted and been subsequently released on bond.

17. On or about October 1, 2026, your affiant learned **MACKENDRICK** was a suspect in a May 2026 kidnapping and rape of a 14-year-old female in Perry County, OH. PCSO detectives informed your affiant that there had been a CODIS hit which had matched **MACKENDRICK's** DNA to DNA recovered from the 14-year-old female. Your affiant learned that the investigation into that incident is still ongoing.

## CONCLUSION

18. Based upon the above information, your affiant submits there is probable cause to believe Randall Jon **MACKENDRICK** has committed violations of Title 18 U.S.C. § 2252(a)(4)(B) - the possession of child pornography, and Title 18 U.S.C. § 2422(b) - the attempted coercion and enticement of a minor. Therefore, your affiant respectfully requests this court to issue a criminal complaint and arrest warrant.

Andrew McCabe
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed to be this 23rd day of October, 2026

Chelsey M. Vascura
United States Magistrate Judge
United States District Court
Southern District of Ohio